**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERISURE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> R&L CARRIERS, INC, A CORPORATION, et al., <br><br> Defendants. | Case No.: 1:20-cv-01134-DAD-JLT <br><br> ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT ENTERED AGAINST STAR LOGIX, INC. (Doc. 19) <br><br> ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS TO DENY DEFAULT JUDGMENT (Doc. 17) |

The plaintiff has stipulated to set aside the default entered against Star Logix, Inc. (Doc. 19). They agree that Star Logix, Inc. has 21 days to respond to the complaint. Id. Thus, the Court **ORDERS**:

1. The stipulation to set aside the default entered against Star Logix, Inc., is GRANTED;

2. Due to the default being set aside, the findings and recommendation to deny default judgment (Doc. 17) is WITHDRAWN;

3. Star Logix, Inc. SHALL respond to the complaint within 21 days.

IT IS SO ORDERED.

Dated: **January 12, 2021**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE