UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AMERISURE INSURANCE COMPANY, | Case No.: 1:20-CV-01134-DAD-JLT |
|---|---|
| Plaintiff, | **ORDER CLOSING ACTION AS TO STAR LOGIX, INC. ONLY** |
| v. | |
| R&L CARRIERS, INC., a Corporation, et al. | (Doc. 39) |
| Defendants. | |

the plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1) as to Star Logix, Inc., only. (Doc. 39) Accordingly, the Clerk of Court is DIRECTED to close this action as to this defendant only.

IT IS SO ORDERED.

Dated: **June 7, 2021**       **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE