1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA

9    AMERISURE INSURANCE COMPANY,          Case No.: 1:20-CV-01134-DAD-JLT
10                   Plaintiff,             **[PROPOSED] ORDER GRANTING
                                            JOINT STIPULATION TO MODIFY
11          v.                              SCHEDULING ORDER**
12   R&L CARRIERS, INC., a Corporation, et al.   (Doc. 38)
13                   Defendants.

14

15          For the reasons set forth in the stipulation (Doc. 38), the Court **GRANTS** the stipulation
16   and **ORDERS** the case schedule amended as follows:

17          1.      The parties **SHALL** complete non-expert discovery **no later than January 14,**
18   **2022**;

19          2.      The parties **SHALL** disclose their expert witnesses **no later than January 28,**
20   **2022**, and any rebuttal experts **no later than February 25, 2022**;

21          3.      The parties **SHALL** complete non-expert discovery **no later than March 25,**
22   **2022**;

23          4.      The parties **SHALL** file non-dispositive motions, if any, **no later than April 8,**
24   **2022** to be heard **no later than May 17, 2022**;

25          5.      The parties **SHALL** file dispositive motions, if any, **no later than June 7,**
26   **2022** to be heard **no later than July 19, 2022**;

27          6.      The settlement conference is **CONTINUED** to **October 31, 2022** at 9:00 a.m;

28

7. The pretrial conference is **CONTINUED** to **January 9, 2023** at 2:30 p.m. before Judge Drozd.

IT IS SO ORDERED.

Dated: __June 7, 2021__                    _____**/s/ Jennifer L. Thurston**_____

CHIEF UNITED STATES MAGISTRATE JUDGE