UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERISURE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R&L CARRIERS, INC., A CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01134-DAD-BAK (BAM)<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR COUNSELS' FAILURE TO APPEAR<br><br>**SEVEN (7) DAY DEADLINE** |

　　　　Plaintiff Amerisure Insurance Company initiated this civil action on August 14, 2020 by filing a complaint in this Court. (*See* Doc. No. 1.) Defendant R&L Carriers, Inc. filed its answer on October 14, 2020. (Doc. No. 7.) On February 18, 2021, Defendant R&L Carriers Inc. filed an amended motion seeking the Court's leave to file an amended answer with crossclaims (Doc. No. 33), which the Court granted. (Doc. No. 42.) On January 6, 2022, the matter was temporarily referred to the undersigned (Doc. No. 43), and the Court set a status conference for March 10, 2022. (Doc. No. 44.)

　　　　On March 10, 2022, the Court initiated the Zoom video conference platform. Plaintiff's Counsel Katherine Sandoval appeared and Defendant Midas Solutions Incorporated's Counsel Jeffrey Anderson appeared. Defendant R&L Carriers, Inc.'s Counsel did not appear. The Court conducted the Zoom video conference without Defendant R&L Carriers, Inc.'s Counsel present, and Plaintiff's Counsel informed the Court that a mediation has been scheduled for April 7, 2022.

Pursuant to Local Rule 110, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." L.R. 110. The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, Defendant R&L Carriers, Inc.'s Counsel are hereby ORDERED TO SHOW CAUSE in writing within **seven (7) days** of the date of service of this order why sanctions should not be imposed against them for their failure to appear at the March 10, 2022 status conference. <u>Defendant R&L Carriers, Inc.'s Counsel shall also indicate in their response whether R&L will be participating in the mediation scheduled for April 7, 2022.</u>

**<u>Failure to respond to this order will result in the imposition of sanctions, including striking the answer for failure to comply with court orders.</u>**

IT IS SO ORDERED.

Dated:   **March 10, 2022**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE