UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERISURE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>R&L CARRIERS, INC, A CORPORATION, *et al.*,<br><br>        Defendants. | Case No.: 1:20-cv-01134-DAD-BAK (BAM)<br><br>ORDER PARTIALLY DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. No. 46) |

The Court ordered the Defendant R&L Carriers, Inc.'s Counsel to show cause why sanctions should not be imposed against them for their failure to appear at the March 10, 2022 status conference. (Doc. No. 46.)  In the order to show cause, the Court directed Defendant R&L's Counsel to also indicate in their response whether R&L will be participating in the mediation scheduled for April 7, 2022. (*Id*. at 2.)  Defendant R&L's Counsel has responded with an explanation for their failure to appear at the March 10, 2022 status conference, but fails to indicate in their response whether R&L will be participating in the mediation scheduled for April 7, 2022.  (*See* Doc. No. 49.)  Therefore, the Court **ORDERS**:

    1.    The order to show cause (Doc. No. 46) is **PARTIALLY DISCHARGED**;

    2.    <u>**No later than Monday, March 21, 2021**</u>, Defendant R&L Carriers, Inc.'s Counsel shall inform the Court whether R&L will be participating in the mediation scheduled for April 7, 2022.

**Failure to respond to this order will result in the imposition of sanctions, including striking the answer for failure to comply with court orders.**

IT IS SO ORDERED.

Dated:   **March 17, 2022**              /s/ Barbara A. McAuliffe            
                                                          UNITED STATES MAGISTRATE JUDGE