# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERISURE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R&L CARRIERS, INC, A CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-01134-DAD-BAK (BAM)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. Nos. 46, 50)<br><br>ORDER SETTING STATUS CONFERENCE |

　　　　The Court ordered Defendant R&L Carriers, Inc.'s Counsel to show cause why sanctions should not be imposed against them for their failure to appear at the March 10, 2022 status conference. (Doc. No. 46.) In the order to show cause, the Court directed Defendant R&L's Counsel to also indicate in their response whether R&L will be participating in the mediation scheduled for April 7, 2022. (*Id*. at 2.) Defendant R&L's Counsel responded with an explanation for their failure to appear at the March 10, 2022 status conference, but failed to indicate in their response whether R&L will be participating in the mediation scheduled for April 7, 2022. (*See* Doc. No. 49.) Accordingly, the Court partially discharged the order to show cause and ordered that Defendant R&L's Counsel inform the Court whether R&L will be participating in the mediation scheduled for April 7, 2022. (Doc. No. 50.) Defendant R&L's Counsel responded, stating that R&L is willing to participate in mediation of this matter, but given the unavailability of R&L on April 7, 2022, Defendant Midas Solutions Incorporated agreed to continue the mediation date. (Doc. No. 51 at 1-2.) Defendant R&L's Counsel advised that

they are taking the lead in obtaining new mediation dates, and they will advise the Court of the mediation date as soon as it is confirmed.  (*Id*. at 2.)  Therefore, the Court **ORDERS**:

   1. The order to show cause (Doc. Nos. 46, 50) is **DISCHARGED**; and
   2. The Court sets a status conference for **June 7, 2022 at 9:00 a.m.**, and the parties may request a continuance to accommodate the mediation date.

IT IS SO ORDERED.

Dated:   **March 23, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                         UNITED STATES MAGISTRATE JUDGE